E-FILED

DEC 2 3 2020

Document #

Lenk 34

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE PETERS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLONY CREDIT REAL ESTATE, INC., F/K/A/ COLONY NORTHSTAR CREDIT REAL ESTATE, INC., RICHARD B. SALTZMAN, KEVIN P. TRAENKLE, SUJAN S. PATEL, NEALE W. REDINGTON, CATHERINE D. RICE, VERNON B. SCHWARTZ, DARREN J. TANGEN, JOHN E. WESTERFIELD, and WINSTON W. WILSON,<br><br>Defendants. | Case No. 2:20-cv-08305-PSG-PVC<br><br>[PROPOSED] ORDER REGARDING THE FILING OF AN AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING SCHEDULE<br><br>Judge:      Hon. Philip S. Gutierrez<br>Courtroom:  6A |

Presently before the Court is Philip Nuccetelli, Alan Cohen, and Roger P. Martyna (collectively, "Colony Credit Investor Group" or "Lead Plaintiff"), defendants Colony Credit Real Estate, Inc. f/k/a/ Colony NorthStar Credit Real Estate, Inc., Richard B. Saltzman, Kevin P. Traenkle, Sujan S. Patel, Neale W. Redington, Catherine D. Rice, Vernon B. Schwartz, Darren J. Tangen, John E. Westerfield, and Winston W. Wilson's ("Defendants") Joint Stipulation Regarding the Filing of an Amended Complaint and Motion to Dismiss Briefing Schedule (the "Stipulation"). Good cause appearing, the Court **GRANTS** the Stipulation. Accordingly, as stipulated by the parties:

(1) Defendants need not respond to the current complaint;

(2) Lead Plaintiff shall file an amended complaint by February 1, 2021;

(3) Defendants shall have until March 3, 2021, to answer, plead, move, or otherwise respond to the amended complaint; and

(4) In the event that Defendants move to dismiss the amended complaint, Lead Plaintiff shall have until April 19, 2021, to file any opposition to the motion to dismiss; and Defendants shall have until May 7, 2021, to file a reply.

**IT IS SO ORDERED.**

Dated: 12/23/2020

By _____
Honorable Philip S. Gutierrez
United States District Judge

- 1 -                                    [PROPOSED] ORDER RE AMENDED
COMPLAINT AND BRIEFING SCHEDULE
2:20-CV-08305-PSG-PVC