POMERANTZ LLP
Jennifer Pafiti (SBN 282890)
Jeremy A. Lieberman (*pro hac vice application forthcoming*)
Austin P. Van (*pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York   10016
Telephone:  (212) 661-1100
Email:      jpafiti@pomlaw.com
            jalieberman@pomlaw.com
            avan@pomlaw.com

*Counsel for Lead Plaintiffs*

— additional counsel on signature page —

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE PETERS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLONY CREDIT REAL ESTATE, INC., F/K/A COLONY NORTHSTAR CREDIT REAL ESTATE, INC., RICHARD B. SALTZMAN, KEVIN P. TAENKLE, SUJAN S. PATEL, NEALE W. REDINGTON, CATHERINE D. RICE, FRANK V. SARACINO, VERNON B. SCHWARTZ, DARREN J. TANGEN, JOHN E. WESTERFIELD, AND WINSTON W. WILSON,<br><br>Defendants. | Case No. 2:20-CV-08305-PSG-PVC<br><br>**DECLARATION OF TERRENCE W. SCUDIERI, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Judge:       Hon. Philip S. Gutierrez<br>Courtroom:  6A<br>Hr'g Date:  June 7, 2021<br>Time:        1:30 p.m. |

DECLARATION OF TERRENCE W. SCUDIERI, JR. IN SUPPORT OF PLAINTIFFS' OPPOSITION
NO. 2:20 CV 08305 PSG PVC

I, Terrence W. Scudieri, Jr., an individual over the page of 18, declare and state, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief:

1.    I am an attorney duly licensed to practice before all the courts of the States of New York and New Jersey, the U.S. District Court for the District of New Jersey, and the U.S. Court of International Trade.

2.    I am an associate of the law firm of Pomerantz LLP ("Pomerantz"), Court-appointed Lead Counsel in the action styled as *Peters v. Colony Credit Real Estate, Inc.*, No. 2:20-cv-08305-PSG-PVC (C.D. Cal.) (the "Action").

3.    I have personal knowledge of the matters set forth herein in my capacity as an associate of Pomerantz and, if called upon by the Court, I could and I would testify competently thereto.

4.    I respectfully submit this Declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws.

5.    Attached hereto as **Exhibit A** is a true and correct copy of a document titled "Amendment No. 1 to Form S-4 Registration Statement under the Securities Act of 1933," filed by Colony NorthStar Credit Real Estate, Inc. with the U.S. Securities & Exchange Commission (the "SEC") on or about December 4, 2017, including all exhibits thereto, as printed from Bloomberg Law by me on or about April 26, 2021.

6.    Attached hereto as **Exhibit B** is a true and correct copy of a document titled "Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the quarterly period ended March 31, 2018," filed by Colony NorthStar Credit Real Estate, Inc. with the SEC on or about May 15, 2018, including all exhibits thereto, as printed from Bloomberg Law by me on or about April 26, 2021.

7.    Attached hereto as **Exhibit C** is a true and correct copy of a document titled "Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities

Exchange Act of 1934 for the quarterly period ended June 30, 2018," filed by Colony Credit Real Estate, Inc. with the SEC on or about August 9, 2018, including all exhibits thereto, as printed from Bloomberg Law by me on or about April 26, 2021.

8.    Attached hereto as **Exhibit D** is a true and correct copy of a document titled "Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the quarterly period ended September 30, 2018," filed by Colony Credit Real Estate, Inc. with the SEC on or about November 9, 2018, including all exhibits thereto, as printed from Bloomberg Law by me on or about April 26, 2021.

9.    Attached hereto as **Exhibit E** is a true and correct copy of a document titled "Form 10-K Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the fiscal year ended December 31, 2018," filed by Colony Credit Real Estate, Inc. with the SEC on or about March 1, 2019, including all exhibits thereto, as printed from Bloomberg Law by me on or about April 26, 2021.

10.    Attached hereto as **Exhibit F** is a true and correct copy of a document titled "Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the quarterly period ended March 31, 2019," filed by Colony Credit Real Estate, Inc. with the SEC on or about May 9, 2019, including all exhibits thereto, as printed from Bloomberg Law by me on or about April 26, 2021.

11.    Attached hereto as **Exhibit G** is a true and correct copy of a document titled "Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the quarterly period ended June 30, 2019," filed by Colony Credit Real Estate, Inc. with the SEC on or about August 8, 2019, including all exhibits thereto, as printed from Bloomberg Law by me on or about April 26, 2021.

12.    Attached hereto as **Exhibit H** is a true and correct copy of a document titled "Form 10-Q Quarterly Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the quarterly period ended September 30, 2019," filed by

Colony Credit Real Estate, Inc. with the SEC on or about November 8, 2019, including all exhibits thereto, as printed from Bloomberg Law by me on or about April 26, 2021.

\* \* \*

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct on this ___26th___ day of April 2021, at New York, New York.

Dated:  April ___26___, 2021

_____
Terrence W. Scudieri, Jr.

E-mail:  tscudieri@pomlaw.com