MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE PETERS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COLONY CREDIT REAL ESTATE, INC., F/K/A/ COLONY NORTHSTAR CREDIT REAL ESTATE, INC., RICHARD B. SALTZMAN, KEVIN P. TRAENKLE, SUJAN S. PATEL, NEALE W. REDINGTON, CATHERINE D. RICE, FRANK V. SARACINO, VERNON B. SCHWARTZ, DARREN J. TANGEN, JOHN E. WESTERFIELD, and WINSTON W. WILSON,<br><br>Defendants. | Case No. 2:20-cv-08305-PSG-PVC<br><br>**JOINT STIPULATION TO ENTER FINAL JUDGMENT**<br><br>[Proposed] Order of Final Judgement Filed Concurrently<br><br>Judge:      Hon. Philip S. Gutierrez<br>Courtroom:  6A |

Pursuant to Rule 7.1 of the Local Civil Rules for the United States District Court for the Central District of California, Plaintiffs Philip Nuccetelli, Alan Cohen, Roger P. Martyna, and Terrence Peters (collectively, "Plaintiffs"), and Defendants Colony Credit Real Estate, Inc., f/k/a/ Colony NorthStar Credit Real Estate, Inc., Richard B. Saltzman, Kevin P. Traenkle, Sujan S. Patel, Neale W. Redington, Catherine D. Rice, Frank V. Saracino, Vernon B. Schwartz, Darren J. Tangen, John E. Westerfield, and Winston W. Wilson (collectively, "Defendants"), by and through their respective attorneys, jointly state and move as follows:

WHEREAS, on June 7, 2021, the Court entered an Order granting Defendants' motion to dismiss Plaintiffs' First Amended Complaint (ECF No. 51);

WHEREAS, the Court further ordered that "Plaintiffs must file an amended complaint by July 7, 2021," and that "[f]ailure to do so will result in dismissal with prejudice" (*id.* at 13); and

WHEREAS, on July 7, 2021, the Court-imposed deadline for filing a Second Amended Complaint expired. No Second Amended Complaint was filed.

**IT IS HEREBY STIPULATED**, by and between the undersigned parties, that:

1. Final judgment shall be entered with prejudice against Plaintiffs in this action and in favor of Defendants pursuant to Federal Rules of Civil Procedure 58 and 79, and a mutually agreeable form of Proposed Final Judgment is submitted to the Court concurrently;

2. Plaintiffs hereby agree to waive all rights to appeal the Final Judgment, the Court's June 7, 2021 Order (ECF No. 51), and any other Order in this action; and

3. Each of the Parties shall bear his, her, or its own attorneys' fees and costs incurred in connection with this action.

**IT IS SO STIPULATED.**

Dated: July 9, 2021

Matthew W. Close
Brittany Rogers
O'MELVENY & MYERS LLP

By: */s/ Matthew W. Close*
Matthew W. Close

Attorneys for Defendants

Dated: July 9, 2021

Jennifer Pafiti
Austin Van
POMERANTZ LLP

By: */s/ Austin Van*
Austin Van

Attorneys for Plaintiffs

JOINT STIPULATION TO
ENTER FINAL JUDGMENT
2:20-CV-08305-PSG-PVC

## SIGNATURE ATTESTATION

I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Dated:  July 9, 2021                    O'MELVENY & MYERS LLP


                                        By:    */s/ Matthew W. Close*
                                               Matthew W. Close

                                        Attorney for Defendants

JOINT STIPULATION TO
ENTER FINAL JUDGMENT
2:20-CV-08305-PSG-PVC