MATTHEW W. CLOSE (S.B. #188570)
mclose@omm.com
BRITTANY ROGERS (S.B. #274432)
brogers@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants

FILED
CLERK, U.S. DISTRICT COURT
7/12/21
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

LINK 52

JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

TERRENCE PETERS, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

COLONY CREDIT REAL ESTATE, INC., F/K/A/ COLONY NORTHSTAR CREDIT REAL ESTATE, INC., RICHARD B. SALTZMAN, KEVIN P. TRAENKLE, SUJAN S. PATEL, NEALE W. REDINGTON, CATHERINE D. RICE, FRANK V. SARACINO, VERNON B. SCHWARTZ, DARREN J. TANGEN, JOHN E. WESTERFIELD, and WINSTON W. WILSON,

Defendants.

Case No. 2:20-cv-08305-PSG-PVC

**~~[PROPOSED]~~ FINAL JUDGMENT**

Judge: Hon. Philip S. Gutierrez
Courtroom: 6A

Before the Court is Plaintiffs Philip Nuccetelli, Alan Cohen, Roger P. Martyna, and Terrence Peters (collectively, "Plaintiffs"), and Defendants Colony Credit Real Estate, Inc., f/k/a/ Colony NorthStar Credit Real Estate, Inc., Richard B. Saltzman, Kevin P. Traenkle, Sujan S. Patel, Neale W. Redington, Catherine D. Rice, Frank V. Saracino, Vernon B. Schwartz, Darren J. Tangen, John E. Westerfield, and Winston W. Wilson's (collectively, "Defendants", and together with Plaintiffs, the "Parties") Joint Stipulation to Enter Final Judgment (the "Joint Stipulation"). The Court, having considered the Joint Stipulation, and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS**:

1. The First Amended Complaint in this action, together with any and all claims and causes of action asserted therein, is dismissed with prejudice in its entirety as against all Defendants, and Plaintiffs shall take nothing thereon from Defendants;

2. Final judgment is hereby entered with prejudice against Plaintiffs in this action and in favor of Defendants;

3. Plaintiffs have waived all rights to appeal this Judgment, the Court's June 7, 2021 Order (ECF No. 51), and any other Order in this action; and

4. Each of the Parties shall bear his, her, or its own attorneys' fees and costs incurred in connection with this action.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 12, 2021

Hon. Philip S. Gutierrez
United States District Court Judge